**Order entered December 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-00247-CR**

**CARSTEN HEDEMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-34917-R**

**ORDER**

We **REINSTATE** this appeal.

We abated and ordered the trial court to conduct an evidentiary hearing on appellant's motion for new trial. We further ordered a supplemental clerk's record and supplemental reporter's record of that hearing to be filed in this Court. The trial court held the evidentiary hearing on July 14, 2020, and denied the motion for new trial by order dated October 8, 2020. The supplemental clerk's record was

filed on November 8, 2020, but we have not received the supplemental reporter's record.

We **ORDER** court reporter Georgina Ware—who is identified in the supplemental clerk's record as the reporter for the July 14 hearing on the motion for new trial—to file a supplemental reporter's record of that hearing along with all exhibits offered and admitted at the hearing **WITHIN TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Georgina Ware, court reporter, 265th Judicial District Court; and to counsel for all parties.

/s/ BILL PEDERSEN, III
JUSTICE